UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ESTRELLA ORTIZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CASE NO. CV 13-02809-MAN<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), filed on October 23, 2014, IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND FOUR-HUNDRED DOLLARS AND NO CENTS ($4,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: October 24, 2014

*Margaret A. Nagle*
UNITED STATES MAGISTRATE JUDGE

1